<u>JUDGMENT IN A CIVIL CASE</u>

*IN THE UNITED STATES DISTRICT COURT*

*FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **AHMAD BISHAWI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. CV 02-958-PMF |
| ) | |
| **GRW CORPORATION (Tri-County** ) | |
| **Detention Center); MIKE STANBERRY,** ) | |
| **(Jail Administrator); FLOYD WOODSON,** ) | |
| **(Captain); CHARLES EVERS (Sergent);** ) | |
| **and ROD LACY, (Assistant Jail** ) | |
| **Administrator);** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court for trial or hearing. The issues have been tried or heard and a decision rendered;

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered against plaintiff and in favor of all defendants, GRW Corporation (Tri-County Detention Center); Mike Stanberry (Jail Administrator); Rod Lacy (Assistant Jail Administrator); Floyd Woodson (Captain); and Charles Evers (Sergeant); on all counts in the Amended Complaint.

DATED: April 27, 2007

NORBERT G. JAWORSKI, CLERK

By: *s/Vicki Lynn McGuire*
**Deputy Clerk**

APPROVED:

*s/Philip M. Frazier*
**UNITED STATES. MAGISTRATE JUDGE**